OFFICE OF DISCIPLINARY COUNSEL *v.* WILLIAMS.

[Cite as *Disciplinary Counsel v. Williams* (1993), 66 Ohio St.3d 71.]

(No. 92–2537—Submitted February 2, 1993—Decided April 7, 1993.)

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, Assistant Disciplinary Counsel, for relator.

*Otha M. Jackson*, for respondent.

*Per Curiam.* We concur in the board's findings, but we cannot follow its recommendation. Williams knowingly conspired to launder what he thought to be profits from illegal drug sales. Such conduct speaks for itself. Disbarment is the only appropriate sanction.

Accordingly, we order that Farris E. Williams be permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.